Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

Eugene Division

| | |
|---|---|
| Rickie Miller<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Eugene Police Department<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 6:20-cv-01299-SB<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ✓ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Rickie Miller
Street Address: Lane County Jail
City and County:
State and Zip Code:
Telephone Number:
E-mail Address:

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name     Annie McIntyre

    Job or Title *(if known)*     Detective

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(Check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Rickie Miller, is a citizen of the State of *(name)* Amer.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* **E. P. D.**, is incorporated under the laws of the State of *(name)* **Amer**, and has its principal place of business in the State of *(name)* **Amer**.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* **Eugene OR**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**300,000 MY Mental State is not the same**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**I didn't get a Real Investigation, I told her about Evidence in my letters that she didn't look into, I was arrest before even being question, She is not doing her Job & I Believe it's Because of The Color of my @ Skin.**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*No Detective Should run a Case Like this. She has evidence of These women Lying & She is NOT Arresting Them for Lying or even Requestioning them to get the truth & now I'm Looking at Life*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/27/20

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Rickie Miller

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

REC'D 05 AUG '20 10:57 USDC-ORE

A person can't/shouldn't get a attempt to commit or attempt charge just so the Prosecutor get's the win, when they in fact commited the crime. That's not Justice.

The system is broken.

So here we go...

### Allen

"Victim" states - Police Office said in his report, I took Allen from Eugene to Vetena against her will to commit Rape'L

Investigation Findings - When we got to Vetena we went to Ray's Food Place & I went in alone (The video we have shows that) & Allen stay in Van & when I came out she was still there. She didn't run, in fact before going into the store I asked her to come with me & she said No I'll wait her (which is in her statement)

Question - Why didn't she run? Why didn't she come in with me & yell for help? How is that Kidnap L charge?

Answer - I didn't take her against her will & because the Cop's & D.A. Green wants me to look like a Monster on paper.

"Victim" states - I Rape, abused her & wouldn't let her out to pee.

Investigation Findings - Medical & Physical head to toe reports show no sign's of being choked or mark's or any kind of abuse. (2 days after we met, less than 48 hours) Medical history show she went to E.R. 15-20 hour after meeting me for sex assult. However after 8 months Cop's still have

not got those report, but 100% sure it will show that same thing as the other ones. Also we parked right in front of a cam where the so called sex assult happen & the video will show that she did in fact get out to pee & me closing the door behind her & not keeping a eye on her to make sure she didn't run.

Questions - Why did green only give us a 2 min. video of a 2-3 video? Why are there no marks on her neck or vaginal bruising from all the force? Why didn't I stand out there with her so she didn't run down the steel to the gas station.

Answer - Green did want me or the Jury to see Allen, 1.) Committing perjury by lying she didn't pee. 2.) To show that my van was there. 3.) Because it showed me in the van when she could ran after the so called assult. Because I didn't abuse or Rape her!

"Victim" states - to the Cop's she had Beer & weed before the so called assult.

Investigation Finding's - When talking to the R.N. at the hopsital, one of many questions in the Medical report the R.N. asked. Did you have drug's or alcohol before the so called assult? Allen states No...

Question - How dose she forget what she told the Cop's that same day? Is Allen able to tell the truth?

Answer - Because can't remember what lies she is telling & No she can't gut I'm in jail for 8 months & 6 more

to go.

"Victim" states - to R.N. she has not had concent sex with anyone in the past 5 day's (120 hours) R.N. ask because it's one of the questions.

Investion Finding - medical report show 2 type of semen inside her.

Question - Why did she lie about that? Is she able to tell the truth?

Answer - Because she is just a lair lies about everything. No she cannot! But I'm in Jail, when 2½ months of being here she was here on a Theft 1 charge. Got to love Justice for men & persons of color get's in oregon.

"Victim" states - to the Cop's I came all over her.

Investigation Finding's - 3 more questions the R.N. ask was. Did he cum in your mouth? She said Yes. (Which for the record I didn't) Did he cum in your vagina? she said Yes (For the record, she was ok with it) Did he cum any where else? She said No.

Questions - Why did she tell the Cop's all over & something different to the R.N.? Is she able to tell the truth or keep her story str8 guys?

Answer - She can't remember what lie she is telling & no she can't!

"Victim" states - That we got stuck in the snow at a Dead End next to WinCo.

Investion Findings - Now I have not seen this report

yet & I can't remember which way went. However I am 75% sure my cell Tower & g.p.s. report will show we were not next to Winco. I don't believe I would of went down Barger to get to Vetana cuz the roads were bad & I didn't know how they are down there. Also we got stuck off the side steet of Barger & 99.

Questions — Why did she tell them next to Winco.

Answer — I believe she didn't want the Cop's going door to door asking if they saw a van stuck on 2/25/19 cuz if they say yes they could of saw as having sex the 1st time there after I paid her $40.

"Victim" States — On body cam video that I offer her a ride then few mins. later sliped up & told him she asked me for a ride. The paper statement only state I offer her a ride.

Questions — Why didn't the Cop's ask her which one is it, because your telling me 2 different thing's? Why did the Cop's only put the part when she said I offer her a ride & not the other part in her paper statements?

Answer — Because I believe this is personal & not about Justice. Also this is Justice for men who deal with sex case in Oregon.

"Victim" States — On body cam she told the Cop's she was rape 2 days ago, Cop asked did you report it? Allen said no. Then few mins. later she tells Cop's she went to E.R. last night.

Questions — Why didn't the Cop's ask her... so did you

report it or not because you telling me 2 different things again? Why wasn't any of that conversation in her paper statement? Why have the Cop's still (after 8 months) not got those reports?

Answer - It don't make me look guilty!!

"Victim" states - I made her suck my penis til I came in her mouth.

Investigation Finding - 1.) On body cam she said she puck it up into a cup. 2.) That she just puck up (no cup) that was in her statement dated Feb. 3.) Also in a different statement that she spit it into a beer can. Dated in March.

Question - Why did she tell 3 different storys?

Answer - I believe Cop's asked wher the cup & puck was so they could get my D.N.A., so she change the story's to Beer cans because I give 2 big bag's for payment cuz I didn't have the whole 2nd $40, & she could say she turn them in for cash. She talks about the big bag's of can in her statement but Cop's don't ask why I give it to her. Also she was really mad I lied & said I had the $40 when I didn't & she started yelling take me back now, & that's why the cam shows us leaving 15-20 mins. When she got in from peeing.

"Victim" states - I passed the street I should of turn on & yes asked me many time to let her out. Also she aske if I could pull over so she could get this thing off the pole from her ex.

Question - If she asked to be let out so many times then

why she get back in the van from when she try to get that thing from the pole?

Answer - I did pull over & that's when we got stuck in the snow & she walked arcoss the street to get it & told me not to leave her. She came back & said to much water to get it. The got back into the van.

Largent

"Victim" - I had her from 1AM - 7AM on 2/7/19.

Investigation Findings - I haven't seen this report yet but I know what it will say... My cell Tower & g.p.s. will show at 1AM I was West 11th watching a movie. It will also show that I was not near the car-wash when I met her til (I believe) 3:30AM - 4:30AM Than at the aroundabout off Royal (Which I told the Cop's to get that video but they didn't) Then to the Church so she could eat I believe at 6AM because there was a line of people waiting to get in. (Which I told the Cop's to get the Parking Lot video & statements from anyone that was there that morning. (But McIntyre didn't).

Question - Why didn't Detective Annie McIntyre not get any video's or statements from witness?

Answer - McIntyre knew she was lying but right when heard I was a person of color guilty or innocent didn't matter to her. That's how I feel.

"Victim" states - I cut her chin.

Investigation Finding's - Largent went to hopsital 6-7 hour after we met. Medical report show she had no cut, no

rash on her neck or red marks, or vaginal bruising. Nothing indicating she was raped, cut, chocked til she blacked out early that morning. Now this next part I have not seen this report but I'm sure this is what it will say. They (Cop's) tested my knife... it will say no Largent D.N.A is on it; only my D.N.A. & THC because I clean my weed bowl with it, I don't cut women. Also that it show no sign's of being clean.

Question - The Cop's saw the Medical reports & did they question her about the no cut or marks? Why did she wait so long to go to the hospital?

Answer - No McIntyre didn't cuz she was waiting for me to come back & pick her up after I showered & pay her the other half of the money.

"Victim" states - I abuse, ziptie one hand & choked til she black-out, & open the door with her free hand.

Investigation Finding's - Again Medical reports show no marks of this crazy abuse & McIntyre never got the aroundabout video to check if car door or what kind a movement happen if any.

Answer - Because McIntyre don't care about the Truth or Justice.

"Victim" States - That she was raped.

Investigation Finding's - In Largent video or paper statement she talk's about, how she was looking in her bag for a condem, also no vaginal bruising.

Questions - Why didn't McIntyre ask her why she was looking for a condem.

Answer - Because I believe McIntyre knew no rape happen.

"Victim" states - I had butt sex with her.

Investigation Finding - Last Medical report I seen it states my D.N.A. in her vagina & mix D.N.A. in her butt. More to come on that lie, when I know ya will too.

"Victim" states - I push her in the back of my van.

Investigation Finding's - Nothing! Because Detective McIntyre never got the car-was video or on the 26th of Feb. When Largent told her where this happen, she never looked into Don Maytag's Cam who shares a parking lot. Who in fact didn't tape over it til the 3rd of March.

Questions - Why didn't McIntyre get the video?

Answer - She knew no Rape happen, but still came at me as if I'm a Monster? You tell me guys.

There is more to Largent that can't share at this time, cuz we have not started our investigation on our side & when we do more stuff will come to light, because McIntyre is not doing it & it will show my Innocence.

Guidry

I can't get into her because is not saying crazy stuff, so the stuff we do have to save for trial. However she is saying odd stuff that I share with you. She claims I sex assault & then she got out of the van & back in when I then raped her. Ha!!? She stated she got back in because she was scared I would leave her. Now we were not in the middle of no where. We were in a Office Building Parking

Lot off West 11th not far from Walmart & so many other businesses.

She than also stated she didn't feel like her life was in danger, & she stated we I droped her off (at the mission, where she ask to go so she can have dinner) I asked her if she wanted me to take her to hospital. Which I did ask because she was getting sicker, but she said no & at which point I drove off without paying the other $20.

OH. She is Also the one who Told Cop's She has Not Been With Anyon in 5years. (it's in her PaPer Statement) but in a interview She Said 6years. Here's the Punch Line. Medical reports Came back & they Found 2 types of D.N.A on her neck. I Been in Jail For over a Year Now, on there Statements of Lies. I Know Your Far away but Please help Me. I'm looking at the rest of my Life in Jail if i Loss Trial.

Anything You Can do would help, if You can Look Stuff up there and Call My Lawyer Mr. Griffin (541) 492-2868 or work on the Case with him. I'm Not Writing Saying I'm a Angle I Been in & out of Jail Most My Life back home. I am saying I have Never Been a register Sex Offender in My Life & this State is Trying to make one out of Me. I'm Also Saying in no way did i Force these women to do Anything they didn't want to do. Please help Me, Mail Me Info. or Something.
Thanks